IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
US MAGISTRATE JUDGE GORDON P. GALLAGHER PRESIDING

Criminal Case No. 20-po-7001-GPG          Court Deputy: A. Barnes
Date:  March 7, 2022                      Recorder: Grand Junction

UNITED STATES OF AMERICA,
Plaintiff,

v.

**1. TODD E. BURWELL,**
Defendant.

---

ORDER

---

ORDER:  The Defendant has completed the terms of his sentence and this case may now be closed out.

BY THE COURT:

Dated this 7th day of March, 2022.

_____
US MAGISTRATE JUDGE GORDON P. GALLAGHER